UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:15-CR-15-1-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| ALPHA DIALLO | ) | |

This cause comes before the Court upon a motion by the United States seeking leave of court to dismiss the Criminal Information [D.E. 4] filed on January 8, 2015, pursuant to Federal Rule of Criminal Procedure 48(a). For good cause shown, leave of court is GRANTED. The Clerk of Court is directed to DISMISS the Criminal Information with prejudice.

SO ORDERED, this **4** day of **February**, 2016.

JAMES C. DEVER, III
CHIEF UNITED STATES DISTRICT JUDGE